UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KEVIN BOWMAN, TDOC # 476680, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-cv-287-PLR-HBG |
| | ) | |
| PAT HANKINS, Sheriff of Greene | ) | |
| County, Tennessee, and JUDGE | ) | |
| MATTHIS, Greene County Court, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying Memorandum and Order, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED without prejudice** for failure to state a claim. *See Heck v. Humphrey*, 512 U.S. 477, 486 (1994). Should Plaintiff file a notice of appeal, he must also submit the $505.00 appellate filing fee or, alternatively, a motion for leave to appeal *in forma pauperis*, his financial affidavit, and a certified copy of his inmate trust fund showing the transactions in the account for the last six months. 28 U.S.C. § 1914(a)(2). This dismissal counts as a strike under 28 U.S.C. § 1915(g).

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT